IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARA LEVERITT**                                                                                           **PLAINTIFF**

**v.**                                        **No. 4:11-cv-803 KGB**

**ARKANSAS SUPREME COURT COMMITTEE
ON PROFESSIONAL CONDUCT and
STARK LIGON, Executive Director,**
Arkansas Supreme Court Committee
on Professional Conduct,
in his official capacity only                                                                      **DEFENDANTS**

## ORDER

On motion of plaintiff (Dkt. No. 12), this case is hereby dismissed with prejudice.

SO ORDERED this 25th day of January, 2013.

_____
Kristine G. Baker
United States District Judge